UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN AMISS<br><br>VERSUS<br><br>STATE FARM FIRE AND CASUALTY COMPANY | CIVIL ACTION NO.3:23-cv-01530<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, John Amiss, and Defendant, State Farm Fire and Casualty Company, (collectively the "Parties") in accordance with Local Rule 16(c), hereby provide notice to this Honorable Court that a settlement of all claims has been reached between the Parties.

The Parties respectfully request that this Court enter a sixty (60) day conditional order of dismissal to allow for the execution of necessary documentation and consummation of the settlement. Additionally, the Parties request that all deadlines pursuant to this Court's Scheduling Order (Doc. 11) be suspended.

RESPECTFULLY SUBMITTED BY:

| HAIR SHUNNARAH TRIAL ATTORNEYS | PLAUCHÉ, SMITH & NIESET, LLC |
|---|---|
| /s/ Madison C. Pitre_____<br>Madison C. Pitre (#38867)<br>3540 S. I-10 Service Road West, Suite 300<br>Metairie, LA  70001<br>Telephone: (504) 613-6351<br>pitre@hairshunnarah.com | /s/ Christopher J. Rinn_____<br>Christopher J. Rinn (#38387)<br>Post Office Drawer 1705<br>Lake Charles, LA  70602-1705<br>Telephone: (337) 436-0522<br>crinn@psnlaw.com |